- 1

1UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CLAUDIA MENARD,<br><br>       Plaintiff,<br><br>       vs.<br><br>MICHAEL J. ASTRUE,<br>1Commissioner of the Social Security,<br><br>       Defendant | Case No.: EDCV 08-1109 AJW<br><br>J U D G M E N T |

**IT IS ADJUDGED** that the Commissioner's decision is **affirmed**.

August 3, 2009

_____
ANDREW J. WISTRICH
United States Magistrate Judge